

**FILED & ENTERED**

**MAR 31 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re:<br><br>Masoud Noveir,<br><br><br><br>Debtor. | Case No: 2:15-bk-14507-NB<br><br>Chapter: 7<br><br>**ORDER (1) THAT PETITIONING CREDITOR(S) FILE ADDITIONAL AND AMENDED DOCUMENTS, (2) TO APPEAR AND SHOW CAUSE WHY INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION SHOULD NOT BE VACATED, (3) TO APPEAR AND SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED, AND (4) SETTING CASE STATUS CONFERENCE**<br><br>Date:  April 14, 2015<br>Time:  11:00 a.m.<br>Place: Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

On March 25, 2015 petitioning creditor Roza Tofer filed an involuntary Chapter 7 bankruptcy petition against alleged debtor Masoud Noveir.  The involuntary petition form is incomplete.  The petitioning creditor failed to check several boxes, including, for example, that the debtor is a person against whom an order for relief may be entered and establishing that the petitioner is entitled to the relief being requested.  Furthermore, there is only a single creditor listed on the involuntary petition and the total amount of the claim is only $10,000.  *See* 11 U.S.C. § 303(b)(1) and (2).  Finally, the petitioning creditor has neither prepared and submitted a Summons and Notice of Status Conference in an Involuntary Bankruptcy Case on the court-mandated form nor filed a proof of service of the summons and petition demonstrating service upon the debtor within the time allowed by Fed. Rule

Bankr. Proc. 7004 (or, for that matter, any proof of service upon the debtor).  *See* Local Bankruptcy Rule 1010-1.

In addition, this court has concerns about whether the petition has been filed in bad faith or as a willful abuse of the bankruptcy system.  Therefore, for the reasons stated herein, it is hereby:

ORDERED that this case will be dismissed **without further notice 72-hours after entry of this order unless** (1) an amended involuntary petition is filed with all necessary boxes checked; and (2) a Summons and Notice of Status Conference in an Involuntary Bankruptcy Case is filed and served, on the court-mandated form, together with the involuntary petition (the foregoing is in addition to, and not in place of, any other required forms and deadlines); and it is

FURTHER ORDERED that, whether or not this case is dismissed, this court will hold a hearing at the **above-captioned time and place** at which parties-in-interest must appear and show cause why the petition should not be vacated, so that any automatic stay that would have applied (11 U.S.C. § 362(a)) is vacated and/or annulled (11 U.S.C. § 362(d)); and it is

FURTHER ORDERED that, whether or not this case is dismissed, this court will hold a hearing at the **above-captioned time and place** at which parties-in-interest must appear and show cause why sanctions should not be imposed against the petitioner and/or the person who filed the petition and/or any person acting in concert with them, for filing this bankruptcy case in bad faith or for willful abuse of the bankruptcy system, under 11 U.S.C. §§ 105(a) or 329, Fed. R. Bankr. Proc. 9011, L.B.R. 1001-1, 2090-1 and 2090-2, this Court's General Order 96-05, this Court's inherent sanctioning authority, and/or any other applicable law or rule; and it is

FURTHER ORDERED that **the petitioning creditor and person who filed the documents must attend the above-captioned hearing**, and the debtor must attend if the debtor has been properly served with the summons and involuntary petition in time to attend; and it is

//

    FURTHER ORDERED any written response to this Order must be filed and served on all parties-in-interest no later than **April 7, 2015**; and it is

    FURTHER ORDERED that a status conference on the chapter 7 case will also be held at the above-captioned time and place.

###

Date: March 31, 2015

Neil W. Bason
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE WHY INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION SHOULD NOT BE DISMISSED WITH AN 11 U.S.C. § 109(g)(1) 180 DAY BAR FOR BAD FAITH FILING** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ᴀNEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***Fill in Date Order is Lodged***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Masoud Noveir (alleged debtor)  
1531 Camden Ave. #101  
Los Angeles, CA 90025

Marshall Derone Broadway  
106 1/2 Judge John Aiso 501  
Los Angeles, CA 90012

Roza Tofer (petitioning creditor)  
6428 Pacific Blvd. #307  
Huntington Park, CA 90255

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page