

FILED & ENTERED

APR 15 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY huerta    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

Masoud Noveir

Debtor(s).

Case No.: 2:15-bk-14507-NB

CHAPTER 7

**ORDER DISMISSING INVOLUNTARY CASE AND VACATING/ANNULLING AUTOMATIC STAY**

Date:         April 14, 2015
Time:        11:00 a.m.
Courtroom:   1545

   At the above-captioned time and place and for reasons stated in its previous order (dkt. 5) this court held a status conference at which the petitioning creditors in this involuntary chapter 7 case were required to appear and show cause why the case should not be dismissed and the petition vacated.  This matter was called at or near the above-captioned time, but no appearances by the petitioning creditors (or any other party) were made.

///

1    Therefore, for the reasons stated in this court's prior order (dkt. 5), those stated
2 in this court's tentative ruling for the above-captioned hearing, which is attached to this
3 order as an exhibit and hereby incorporated as this court's final order, as well as those
4 stated on the record at the hearing, it is hereby:
5    ORDERED that this case is dismissed pursuant to 11 U.S.C. § 707(a) or,
6 alternatively, this court's inherent powers; and it is further
7    ORDERED that any automatic stay pursuant to 11 U.S.C. § 362(a) is hereby
8 terminated such that any stay that would have applied during the pendency of this case
9 is vacated and/or annulled (11 U.S.C. § 362(d)); and it is further
10    ORDERED that this court retains jurisdiction on all issues arising under 11
11 U.S.C. §§ 105, 110, 303, 329, and 362, and, for the removal of all doubt, any other
12 statute, rule, inherent power, or other authority pertaining to sanctions and/or damages
13 that may result from the filing of an involuntary petition and the petitioning creditor's
14 failure to obey orders of this court.

###

Date: April 15, 2015

Neil W. Bason
United States Bankruptcy Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

Tuesday, April 14, 2015                                                                                   Hearing Room    1545

11:00 AM
2:15-14507    Masoud Noveir                                                                                        Chapter 7

   #10.00    Status conference re: Chapter 7 Involuntary case

                                   Docket      5

**Tentative Ruling:**

   <u>Appearances required</u>.  The tentative ruling, for the reasons stated in the order setting this hearing (dkt. 5), is to vacate the involuntary petition and impose sanctions in a dollar amount to be determined based on the arguments and any evidence presented at the hearing, and in addition to address the issue of any costs, attorney fees, damages, and punitive damages under 11 U.S.C. 303(i).
       This court notes that a handwritten note has been filed (dkt. 4) suggesting that the debtor was served with the involuntary petition.  But that document is insufficient (it was not on the official form, there is no indication that a summons was issued and served, it is not sworn under penalty of perjury, etc.).  Furthermore, the 4/7/15 deadline for any written reply by the petitioning creditors has passed and, as of the preparation of this tentative ruling, no such written reply had been filed.

   If you do not appear, and the matter is not adequately resolved by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

| Party Information |
|---|

**Debtor(s):**

   Masoud  Noveir                                                              Pro Se