**FILED & ENTERED**

**APR 23 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Masoud Noveir<br><br>Debtor(s). | Case No.: 2:15-bk-14507-NB<br><br>CHAPTER 7<br><br>**ORDER IMPOSING SANCTIONS ON MARSHALL DERONE BROADWAY FOR FILING DEFECTIVE INVOLUNTARY PETITION AND REPEATED NONCOMPLIANCE WITH THIS COURT'S ORDER**<br><br>Date:    April 14, 2015<br>Time:    11:00 AM<br>Courtroom: 1545 |

On March 25, 2015, petitioning creditor Roza Tofer commenced this involuntary petition against alleged debtor Masoud Noveir.  In response, this Court issued an order (dkt. 5, the "Order") that did several things.

First, the Order pointed out that the petition suffered from numerous deficiencies (dkt. 5 at p. 1:21-2:2).  Thus, the Order required that an amended petition and summons and notice of status conference be filed and served no later than April 3, 2015.  However, no such documents were filed by the court-imposed deadline or at any point

1 | thereafter.

2 | Second, the Order scheduled a status conference and hearing for the above-
3 | captioned time.  The Order required that the petitioning creditor and anyone acting in
4 | concert with them – including Marshall Derone Broadway, who apparently filed the
5 | petition (dkt. 1-2, p. 1) on behalf of Roza Tofer– appear and show cause why the case
6 | should not be dismissed and why they should not be sanctioned for filing this case in
7 | bad faith or for willful abuse of the bankruptcy system.  This matter was called at or near
8 | the above-captioned time, but no appearances were made.

9 | Thus, for the reasons stated herein, those stated in the Order, those stated in this
10 | Court's order dismissing this case (dkt. 10), and those stated on the record at the
11 | above-captioned hearing, it is hereby:

12 | ORDERED that monetary sanctions in the amount of $250.00 are hereby
13 | imposed on Marshall Derone Broadway pursuant to 11 U.S.C. § 105(a) based upon
14 | clear and convincing evidence after notice and an opportunity for hearing of this court's
15 | specific and definite Order, and in the alternative under  Fed. R. Bankr. Proc. 9011 for
16 | failure to adequately excuse the conduct specifically described in the Order, and in the
17 | alternative under L.B.R. 1001-1(f) for failure to comply with local and national
18 | bankruptcy rules, and in the alternative under this Court's inherent sanctioning authority
19 | based upon clear and convincing evidence of bad faith and willful misconduct; and it is
20 | //

FURTHER ORDERED that Marshall Derone Broadway must pay the sum of $250.00 by cashiers' check or United States postal money order, payable to the United States Bankruptcy Court, and delivered with a copy of this Order to any Intake cashier at the Bankruptcy Court for the Central District of California, within 30 days after entry of this Order.

###

Date: April 23, 2015

Neil W. Bason
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Imposing Monetary Sanctions on Marshall Derone Broadway  was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Masoud Noveir (alleged debtor)
1531 Camden Ave. #101
Los Angeles, CA 90025

Roza Tofer (petitioning creditor)
6428 Pacific Blvd. #307
Huntington Park, CA 90255

Marshall Derone Broadway
106 1/2 Judge John Aiso 501
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**